## Case No. 400.

### The ANNA.

[Blatchf. Prize Cas. 332.][1]

District Court, S. D. New York.   March 26, 1863.

PRIZE—SAILING UNDER ENEMY'S FLAG.

Vessel and cargo condemned as enemy property, sailing under the enemy's flag, and under passes from the enemy.

In admiralty.

BETTS, District Judge. The libel, filed March 5, 1862, alleges the capture of the steamer and cargo, as prize, November 22, 1861, in Mississippi sound, between Biloxi and Ocean Spring, by the United States steamer New London. The vessel was appraised by a naval survey, December 26, thereafter, and appropriated to the use of libellants, and the cargo was transmitted by another vessel to this port, for adjudication. A decree by default was rendered against both vessel and cargo, March 24, 1863, and the vessel's papers and the proofs in preparatorio have been laid before the court, to determine the liability of the captured property to confiscation.

The steamer was enrolled and licensed to citizens of the Confederate States, under the laws of those states, July 1, 1861, and was in the employ of such citizens when seized. The master testifies, on his examination, that the vessel was, when captured, sailing under the Confederate flag, and had no other on board; that he is a citizen and a resident of a Confederate state; that the vessel was engaged in trade between the ports of Pascagoula and New Orleans; that he was part owner of the vessel, and had an adventure in the cargo; and that he knew of the war and that those ports were under blockade. The witnesses examined, all of them, knew of the war and that those ports were under blockade.

It being thus demonstrated that the vessel and cargo were enemy property, sailing in the interest of the enemy, with the aid of passes from and protection of the flag of the enemy, the property captured is plainly prize of war; and, no defence being interposed, a decree of condemnation and forfeiture is directed to be entered.

---

## Case No. 401.

### The ANNA.

[10 Blatchf. 456.][2]

Circuit Court, E. D. New York.   Feb. 25, 1873.

SALVAGE—DERELICT—APPORTIONMENT—DISCRETION OF THE COURT.

1. A vessel, having been in collision and injured, was abandoned by her master and crew, as sinking, about twenty miles to the eastward of Sandy Hook. She was afterwards discovered by another vessel, and brought safely into New York, with her cargo. The value of the saved vessel and her freight and cargo was $34,589 06. The district court allowed $6,000, as salvage, which included $600 paid by the salvors to a tug, for towing the saved vessel; Held, that, on all the evidence, the allowance was not excessive.

[Cited in The Loveland, 5 Fed. 108.]

2. The discretion of the district court, in fixing the amount of salvage, is not to be overruled, when no principle of law has been violated, unless the error is very clear.

[In admiralty. Libel by the owners of the bark Wiley Smith to recover salvage of the brig Anna and her cargo. Decree for libellant. Case No. 398. Claimants appeal. Affirmed.]

William R. Darling, William W. Goodrich, and Charles Donohue, for libellants.

Townsend Scudder, for claimants.

WOODRUFF, Circuit Judge. The evidence shows, that the brig Anna, having come into collision with another vessel, at about 11 o'clock in the night of the 9th of April, 1872, and been injured, her master and crew, under the apprehension that she was sinking, escaped from her to the colliding vessel, and were brought into this port, to which she was bound. At the time of the collision, she was about twenty miles to the eastward of Sandy Hook, the night was very foggy, "the thickest," her master and owner testifies, that he ever saw, it was blowing hard, from the southwest, and she was under "close reefs." Contrary to the expectation of her master and crew, she did not sink, but, in the morning, she was discovered by the master and crew of the brig Wiley Smith, tossed by the waves, driven off ten or fifteen miles further from Sandy Hook, and near to the Long island shore, and in great danger of going on the Long island beach, upon which, the master of the Wiley Smith says, she would have driven within an hour. The wind had somewhat abated, but it was still blowing fresh from the southwest. Perceiving that she was a vessel in distress; the Wiley Smith was hove to, and sent her mate and one of her crew on board, (the Wiley Smith having, in all, captain, mate, and four seamen,) and it was agreed, that the mate and man should remain on board and endeavor to save the injured vessel. They succeeded in getting her under sail, and directed her towards this port, and, after making some progress, were hailed by a tug, with the master of which they bargained for towage to New York, for six hundred dollars, and she was towed in. The Wiley Smith also arrived here in safety. The Anna was conceded to be of the value of $7,500, though she was afterwards sold for less, and the net value of her cargo was $25,589.06, and the freight was $1,500, as was also conceded, making, in all, $34,589.06. The libels herein being

[1] [Reported by Samuel Blatchford, Esq.]
[2] [Reported by Hon. Samuel Blatchford, District Judge, and here reprinted by permission.]